UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. BERNARD CITIZENS FOR ENVIRONMENTAL QUALITY, and LOUISIANA BUCKET BRIGADE | * * * * | CIVIL ACTION NO. 04-0398 |
| VERSUS | * * | SECTION "R" (1) |
| CHALMETTE REFINING, L.L.C. | * * * * | JUDGE VANCE MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Consent Motion for Stay Until March 15, 2006 to Facilitate Settlement Negotiations and Incorporated Memorandum in Support Thereof:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Consent Motion for Stay Until March 15, 2006 to Facilitate Settlement Negotiations be and hereby is GRANTED, thereby staying this case until March 15, 2006.

New Orleans, Louisiana, this 28th day of November, 2005.

_____
U.S. DISTRICT JUDGE SARAH S. VANCE