## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. BERNARD CITIZENS FOR | ) | |
| ENVIRONMENTAL QUALITY, INC., and | ) | |
| LOUISIANA BUCKET BRIGADE, | ) | Case No.:  04-0398 |
| | ) | Section:  R |
| *Plaintiffs,* | ) | Judge:  Vance; Magistrate:  1 |
| | ) | |
| v. | ) | |
| | ) | |
| CHALMETTE REFINING, L.L.C., | ) | |
| | ) | |
| *Defendant.* | ) | |

### JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

Plaintiffs St. Bernard Citizens for Environmental Quality and Louisiana Bucket Brigade and Defendant Chalmette Refining, L.L.C., have reached a settlement in this action of all issues except for Plaintiffs' claim for attorney fees and costs (which issue the parties deferred until reaching a resolution of the substantive issues).  Accordingly, the parties jointly move this Court to enter their proposed Stipulated Judgment, submitted with this Motion.  The proposed Stipulated Judgment would resolve the substantive claims in this lawsuit and allow the parties an additional 75 days to reach a cooperative resolution of the attorney fees and costs issue.

Respectfully Submitted on June 25, 2008

s/ Adam Babich for Jane C. Raiford
(pursuant to e-mailed authorization)

s/ Adam Babich

_____

Adam Babich La. Bar # 27177
Corinne Van Dalen La Bar # 21175
TULANE ENVIRONMENTAL LAW CLINIC
6329 Freret Street
New Orleans, LA  70118
Phone: 504-862-8800
Fax: 504-862-8721

_____

Jane C. Raiford La. Bar # 1274
ADAMS AND REESE LLP
4500 One Shell Square
701 Poydras Street
New Orleans, LA 70139
Phone: 504-581-3234
Fax: 504-585-0150

*Counsel for Plaintiffs St. Bernard Citizens for Environmental Quality and Louisiana Bucket Brigade*

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Avenue, North
Suite 2000
Nashville, Tennessee 37219
Phone: 615-244-1713
Fax: 615-726-0573

*Counsel for Chalmette Refining, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on June 25, 2008.

s/ Adam Babich

_____

Adam Babich, SBN: 27177