# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. BERNARD CITIZENS FOR | ) | |
| ENVIRONMENTAL QUALITY, INC., and | ) | |
| LOUISIANA BUCKET BRIGADE, | ) | Case No.:  04-0398 |
| | ) | Section:  R |
| *Plaintiffs*, | ) | Judge:  Vance; Magistrate:  1 |
| | ) | |
| v. | ) | |
| | ) | |
| CHALMETTE REFINING, L.L.C., | ) | |
| | ) | |
| *Defendant.* | ) | |

## DECLARATION OF ADAM BABICH

1.      My name is Adam Babich.  I am more than 18 years old and competent to make this declaration.   All matters in this declaration are based on my personal knowledge.

2.      I am a lawyer with the Tulane Environmental Law Clinic and am admitted to practice before this Court.   An accurate copy of my resume is attached to this Declaration.  Resumes of attorneys Corinne Van Dalen and Christopher Brown are also attached.

3.      Also attached to this Declaration is an accurate description of the hours I worked on the above captioned case.  I have reported my hours consistent with billing

judgment to include only reasonable, productive time that I actually spent working on this case.

5.     Also attached to this Declaration are descriptions of hours that Corinne Van Dalen and Christopher Brown worked on this case. I have confirmed the accuracy of these hours and will provide declarations of Ms. Van Dalen and Mr. Brown if any questions or concerns are raised in this regard. These hours are reported consistent with billing judgment.

4.     Fees requested in the Plaintiffs' motion are based on the following, current rates which, based on my experience, are reasonable for experienced environmental practitioners in the New Orleans market:

| Attorney | Rate |
|---|---|
| Adam Babich | $400 |
| Corinne Van Dalen | $280 |
| Christopher Brown | $210 |

5.     Also attached to this Declaration are accurate copies of bills from our experts and other costs in this case. In response to those bills, we paid a total of $6,855.99 on behalf of the Plaintiffs. We also paid an initial filing fee of $150.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2008.

/s/ Adam Babich

_____

Adam Babich, SBN: 27177

2

| Babich Hours | | |
|---|---|---|
| Date | Activity | Hours |
| 11/28/2003 | Analyze and edit draft 60-day Notice | 6.5 |
| 12/1/2003 | Analyze and edit draft 60-day Notice | 1.3 |
| 1/9/2004 | Confer w/ Defense counsel (Rob McNeil) re: notice letter | 0.2 |
| 1/26/2004 | Analyze and edit draft complaint | 2.6 |
| 2/4/2004 | Analyze and edit draft complaint | 3.2 |
| 2/4/2004 | Telephone conference with Sidney Torres and Roberta Burns about coordination with common law claims; prepare e-mail memorandum for client about same | 0.5 |
| 2/11/2004 | Finalize complaint | 1 |
| 2/19/2004 | Analyze and finalize first amended complaint & corporate disclosure | 0.5 |
| 5/17/2004 | Analyze and edit first motion for summary judgment | 1.7 |
| 5/17/2004 | Analyze Defendant's Answer | 0.6 |
| 5/22/2004 | Analyze Defendant's Motion to Disqualify | 0.8 |
| 5/24/2004 | Confer w/ Defense counsel regarding, research, draft and finalize Rule 11 Motion re Motion to Disqualify | 1.8 |
| 5/24/2004 | Meet with lawyers, Sidney D. Torres et al, handling state court class action about Chalmette to gain access to available documents and avoid duplication | 1.7 |
| 5/24/2004 | Analyze communication from DOJ re citizen suit | 0.2 |
| 6/2/2004 | Analyze and edit Opposition to Motion to Disqualify | 0.5 |
| 6/14/2004 | Meet with defense counsel re: settlement | 1.5 |
| 8/17/2004 | Analyze defendant's settlement proposal | 1.3 |
| 8/17/2004 | Telephone Conference with Defense Counsel re status of matter | 0.2 |
| 8/20/2004 | Communicate  w/ clients re scheduling and settlement prospects | 0.7 |
| 8/30/2004 | Review client communication regarding goals for litigation | 0.6 |
| 9/1/2004 | Confer with clients re: agenda for meeting with defendant | 1.2 |
| 9/2/2004 | Confer with clients re: meeting with defendant | 0.9 |
| 9/6/2004 | Analyze memorandum re: defendants' settlement proposal in preparation for meeting with defendant | 0.8 |
| 9/7/2004 | Communicate with clients and defendant counsel regarding upcoming meeting | 0.3 |
| 9/8/2004 | Meet with clients and defendants re: issues of lawsuit | 3 |
| 9/9/2004 | Confer with clients re: progress of matter | 1.3 |
| 9/10/2004 | Confer w/ defense counsel regarding status of matter | 0.2 |
| 9/17/2004 | Confer w/ defense counsel regarding status of matter | 0.3 |
| 9/19/2004 | Confer w/ clients regarding progress of matter | 0.3 |
| 9/30/2004 | Analyze Defendant's Motion to Stay | 1.8 |
| 10/1/2004 | Analyze and revise Plaintiffs' Opposition to Motion to Stay | 3.2 |
| 10/5/2004 | Analyze and revise Plaintiffs' Opposition to Motion to Stay | 7.2 |
| 10/15/2004 | Prepare for Motion to Stay Hearing | 1 |
| 10/21/2004 | Prepare for Motion to Stay Hearing | 2.4 |
| 10/23/2004 | Prepare for Motion to Stay Hearing | 1.6 |
| 10/25/2004 | Prepare for Motion to Stay Hearing | 0.8 |
| 10/26/2005 | Prepare for Motion to Stay Hearing | 0.7 |
| 10/27/2005 | Appear at Motion to Stay Hearing; confer w/ clients regarding same | 3 |

| Babich Hours | | |
|---|---|---|
| Date | Activity | Hours |
| 11/2/2004 | Confer w/ defense counsel re: discovery | 0.7 |
| 11/3/2004 | Confer w/ clients and legal team regarding depositions, discovery | 1.2 |
| 11/4/2004 | Confer w/ clients and legal team regarding depositions, discovery | 0.4 |
| 11/6/2004 | Meet w/ clients regarding deposition preparation | 3.5 |
| 11/9/2004 | Confer w/ clients and prepare discovery responses | 2.5 |
| 11/10/2004 | Edit letter to Defense counsel re discovery requests | 0.4 |
| 11/15/2004 | Confer w/ defense counsel re: discovery | 0.6 |
| 11/16/2004 | Appear at depositions of Lawrence Navo & Anne Rolfes | 2.5 |
| 11/17/2004 | Appear at deposition of Ken Ford | 2.5 |
| 11/29/2004 | Analyze and approve initial disclosures | 1 |
| 12/3/2005 | Conference with clients regarding status of matter | 0.8 |
| 12/3/2005 | Research status of federal enforcement action | 0.6 |
| 12/15/2005 | Confer w/ defense counsel re: discovery | 0.1 |
| 12/2/2004 | Confer w/ clients re: status of matter / discover | 1.4 |
| 12/7/2004 | Analyze and revise Reply in Support of Plaintiffs SJ Motion | 7.8 |
| 12/8/2004 | Analyze and revise Reply in Support of Plaintiffs SJ Motion | 2.5 |
| 12/9/2004 | Prepare Motion to Withdraw Request for Oral Argument | 0.6 |
| 12/28/2004 | Confer w/ clients re: status of matter | 0.5 |
| 1/3/2005 | Confer w/ clients re: status of matter | 0.5 |
| 1/4/2005 | Analyze SJ pleadings and revise and finalize Motion to Supplement | 3.4 |
| 1/7/2005 | Meet w/ clients, EPA, LDEQ re litigation and government enforcement | 6 |
| 1/11/2005 | Confer w/ clients re: status | 0.2 |
| 1/12/2005 | Confer w/ defense counsel re: status | 0.1 |
| 1/14/2005 | Prepare for SJ Motion hearing | 2.5 |
| 1/18/2005 | Prepare for SJ Motion hearing | 2 |
| 1/19/2005 | Appear at SJ Motion hearing | 2 |
| 1/20/2005 | Appear at telephone Scheduling Conference | 0.2 |
| 2/7/2005 | Analyze Order re: Summary Judgment, communicate with clients regarding the status of the matter | 1.8 |
| 3/1/2005 | Confer w/ defense counsel re: status | 0.4 |
| 3/30/2005 | Confer w/ EPA re: status of federal settlement | 0.4 |
| 4/19/2005 | Confer w/ defense counsel re: status | 0.1 |
| 4/26/2005 | Analyze & revise Plaintiffs' 2d Summary Judgment Motion | 4.4 |
| 4/29/2005 | Confer w/ defense counsel re: status | 0.2 |
| 5/2/2005 | Confer w/ defense counsel re: status | 0.2 |
| 5/4/2005 | Analyze Defendant's Opposition to Summary Judgment motion | 1.3 |
| 5/5/2005 | Confer w/ defense counsel & Exxon in-house lawyer re: status | 1 |
| 5/6/2005 | Meet w/ State Senator re: draft monitoring law | 1 |
| 5/6/2005 | Meet w/ clients regarding monitoring | 2 |
| 5/10/2005 | Research and memo to file regarding benzene tank issue | 0.8 |
| 5/20/2005 | Confer w/ clients re: monitoring issue | 0.3 |
| 5/23/2005 | Analyze defendants opposition to 2d summary judgment | 2.4 |
| 5/24/2005 | Confer w/ defense counsel re: status | 0.1 |
| 5/28/2005 | Analyze LDEQ Administrative Order re ambient monitoring at refinery | 1.5 |
| 6/9/2005 | Analyze and revise Reply in Support of Plaintiffs SJ Motion | 2.7 |

| Babich Hours | | |
|---|---|---|
| Date | Activity | Hours |
| 6/8/2005 | Prepare for SJ Motion hearing | 2 |
| 6/10/2005 | Prepare for SJ Motion hearing | 1.2 |
| 6/12/2005 | Prepare for SJ Motion hearing | 1.5 |
| 6/13/2005 | Prepare for SJ Motion hearing | 0.8 |
| 6/16/2005 | Prepare for SJ Motion hearing | 2 |
| 6/15/2005 | Appear at Hearing on SJ Motion | 2.5 |
| 6/16/2005 | Confer w/ clients re: progress of matter | 0.3 |
| 6/17/2005 | Investigate status of EPA consent decree | 0.2 |
| 6/20/2005 | Confer w/ clients re: progress of matter | 0.2 |
| 7/6/2005 | Analyze and prepare opposition to Defendant's Motion to Supplement SJ pleadings | 4.2 |
| 8/8/2005 | Confer w/ defense counsel re: status | 0.5 |
| 10/3/2005 | Confer w/ defense counsel re: status | 0.2 |
| 10/18/2005 | Confer w/ clients re: progress of matter | 1.2 |
| 10/19/2004 | Confer w/ defense counsel re: status | 0.2 |
| 10/25/2005 | Confer w/ defense counsel re: status | 0.2 |
| 10/25/2005 | Confer w/ clients re: progress of matter | 0.4 |
| 11/3/2005 | Confer w/ defense counsel re: status | 0.2 |
| 11/4/2005 | Confer w/ defense counsel re: status & clients re stipulated order re tanks; analyze and prepare revised language | 3.5 |
| 11/5/2005 | Communicate w/ client & defense counsel re stipulated tank order | 0.2 |
| 11/6/2005 | Confer w/ client re implications of tank agreement | 0.2 |
| 11/7/2005 | Communicate w/ clients & defense counsel re court termination of suspension of deadlines | 0.1 |
| 11/16/2005 | Confer w/ clients re: progress of matter, stipulated injunction | 0.3 |
| 11/16/2005 | Analyze Sunoco settlement | 0.2 |
| 11/17/2005 | Confer w/ defense counsel re: status | 0.1 |
| 11/17/2005 | Analyze federal consent decree; analyze and revise comments on same | 5.6 |
| 11/18/2005 | Confer w/ defense counsel re: status | 0.2 |
| 11/18/2005 | Analyze and revise comments on EPA settlement | 1.4 |
| 11/18/2005 | Confer w/ clients regarding proposed stay | 0.5 |
| 11/21/2005 | Review Defendant's Motion to Inform Court | 0.1 |
| 11/27/2005 | Analyze state settlement agreement | 2 |
| 11/28/2005 | Analyze and revise draft comments on state settlement agreement | 2.5 |
| 11/30/2005 | Communicate w/ clients regarding Court entry of stay | 0.1 |
| 1/9/2006 | Confer w/ client representative re: progress of matter | 0.2 |
| 1/10/2006 | Confer w/ client re: progress of matter, discovery | 0.2 |
| 1/31/2006 | Confer w/ defense counsel re: status | 0.1 |
| 1/1/2006 | Confer w/ clients re: progress of matter | 0.2 |
| 2/8/2006 | Analyze DOJ response to comments on federal consent decree | 0.8 |
| 4/20/2006 | Confer w/ Government lawyers re: Federal consent decree hearing | 0.1 |
| 4/24/2006 | Prepare petition for judicial review of state settlement agreement | 3.2 |
| 4/25/2006 | Prepare for hearing on federal consent decree | 1.7 |
| 4/25/2006 | Confer w/ clients re progress of matter | 0.3 |
| 4/26/2006 | Appear at hearing on Federal Consent decree | 2.5 |

| Babich Hours | | |
|---|---|---|
| Date | Activity | Hours |
| 5/17/2006 | Confer w/ defense counsel re: status | 0.4 |
| 5/17/2006 | Confer w/ defense counsel re: status | 0.1 |
| 5/17/2006 | Confer w/ clients re progress of matter | 0.3 |
| 5/31/2006 | Confer w/ clients re progress of matter | 0.5 |
| 7/17/2006 | Confer w/ defense counsel re: status | 0.1 |
| 7/26/2006 | Confer w/ defense counsel re: status | 0.4 |
| 8/2/2006 | Confer w/ defense counsel re: status | 0.1 |
| 8/2/2006 | Confer w/ clients re progress of matter | 0.5 |
| 8/7/2006 | Confer w/ defense counsel re: status | 0.1 |
| 8/7/2006 | Confer w/ clients re progress of matter | 0.1 |
| 8/10/2006 | Confer w/ clients re progress of matter | 0.8 |
| 8/14/2006 | Meet w/ clients and then with clients and defendants at Exxon facility | 4.6 |
| 8/23/2006 | Analyze and revise final settlement proposal draft | 0.4 |
| 8/28/2006 | Confer w/ defense counsel re: status | 0.2 |
| 9/29/2006 | Analyze defendant's settlement proposal; communicate with clients re same | 1.3 |
| 8/30/2006 | Confer w/ defense counsel re: status | 0.1 |
| 9/26/2006 | Confer w/ defense counsel re: status; confer w/ clients re: settlement prospects | 0.8 |
| 9/26/2006 | Confer w/ clients re progress of matter | 0.6 |
| 10/11/2006 | Confer w/ clients re progress of matter | 0.3 |
| 10/18/2006 | Analyze and revise draft brief in support of judicial review of state settlement agreement | 1.5 |
| 10/19/2006 | Analyze & revise draft brief in support of judicial review of state settlement agreement | 2.4 |
| 11/17/2006 | Confer w/ clients re progress of matter | 1.4 |
| 12/5/2006 | Analyze and revise draft reply in support of judicial review of state settlement | 1.8 |
| 12/5/2006 | Confer w/ defense counsel re: status | 0.1 |
| 12/10/2006 | Prepare for hearing on judicial review of state settlement agreement | 2 |
| 12/11/2006 | Travel to, appear at, and meet with clients with regard to hearing on judicial review of state settlement agreement | 4.8 |
| 12/19/2006 | Confer w/ defense counsel re: status | 2.5 |
| 1/11/2007 | Confer w/ defense counsel re: status | 0.2 |
| 2/26/2007 | Confer w/ defense counsel re: status | 0.1 |
| 2/28/2007 | Confer w/ defense counsel re: status | 2.8 |
| 3/14/2007 | Analyze and revise draft third motion for summary judgments | 2 |
| 4/23/2007 | Analyze and revise Opposition to Defendant's SJ Motion | 2.6 |
| 4/30/2007 | Confer w/ clients re progress of matter | 0.3 |
| 4/30/2007 | Analyze and revise Reply in Support of Plaintiffs SJ Motion | 2.6 |
| 5/3/2007 | Prepare for SJ Motion hearing | 7.8 |
| 5/4/2007 | Prepare for SJ Motion hearing, appear at same | 5.5 |
| 5/14/2007 | Meet w/ expert and defendants at refinery | 2.5 |
| 5/14/2007 | Communicate with clients (multiple calls and emails) re: HF mitigation | 1.8 |
| 6/20/2007 | Confer w/ clients re progress of matter, goals | 1.5 |

| Babich Hours | | |
|---|---|---|
| Date | Activity | Hours |
| 8/15/2007 | Analyze Order re: Summary Judgment | 1.4 |
| 6/27/2007 | Confer w/ defense counsel re: status | 0.3 |
| 8/24/2007 | Prepare Motion for Reconsideration | 3.5 |
| 7/2/2007 | Confer w/ Exxon in-house counsel re: status | 0.4 |
| 8/29/2007 | Confer w/ defense counsel re: status | 0.2 |
| 9/12/2007 | Analyze defendant's Response to Motion for Reconsideration | 0.8 |
| 10/29/2007 | Confer w/ defense counsel re: status | 0.2 |
| 4/22/2008 | Analyze and revise draft proposed settlement | 2 |
| 5/21/2008 | Analyze defendant's response to settlement proposal; communicate with clients re same | 0.8 |
| 6/3/2008 | confer w/ defense counsel re: status | 0.2 |
| 6/3/2008 | Analyze new 5th Cir. Case regarding mootness, prepare memo for clients re same | 1.7 |
| 6/4/2008 | Confer w/ clients re progress of matter | 0.5 |
| 6/4/2008 | Confer w/ defense counsel re: status | 0.2 |
| 6/4/2008 | Prepare and distribute revised settlement drafts | 2.6 |
| 6/10/2008 | Confer w/ defense counsel re: status | 0.4 |
| 6/12/2008 | Analyze settlement drafts, confer w/ client re same | 1 |
| 6/13/2008 | Draft Motion to Enter, revise proposed consent decree | 1.3 |
| 6/14/2008 | confer w/ clients re settlement | 1.2 |
| | | 245.2 |
| | rate | 400 |
| | **Total** | $98,080 |

| Date | Timekeeper | Activity | 0.00 | Rate | Value |
|---|---|---|---|---|---|
| 1/20/2005 | C. Van Dalen | review and analyze order granting Plaintiffs' motn for SJ | 1.00 | $ 280.00 | $ 280.00 |
| 1/20/2005 | C. Van Dalen | review scheduling order | 0.80 | $ 280.00 | $ 224.00 |
| 2/4/2005 | C. Van Dalen | review docs, and edit / revise privilege log entries | 2.30 | $ 280.00 | $ 644.00 |
| 2/11/2005 | C. Van Dalen | review docs, and edit / revise privilege log entries | 2.30 | $ 280.00 | $ 644.00 |
| 4/19/2005 | C. Van Dalen | draft introduction student attorney | 0.80 | $ 280.00 | $ 224.00 |
| 4/19/2005 | C. Van Dalen | draft motn substitute counsel | 1.00 | $ 280.00 | $ 280.00 |
| 4/19/2005 | C. Van Dalen | draft pleading re intro. student attorney | 1.50 | $ 280.00 | $ 420.00 |
| 4/20/2005 | C. Van Dalen | draft motn file 2nd amended complaint | 1.00 | $ 280.00 | $ 280.00 |
| 4/20/2005 | C. Van Dalen | draft motn file 2nd amended complaint | 1.00 | $ 280.00 | $ 280.00 |
| 4/20/2005 | C. Van Dalen | draft motn file 2nd amended complaint | 1.00 | $ 280.00 | $ 280.00 |
| 4/25/2005 | C. Van Dalen | draft exhibit list for ps' 2nd motn sj | 2.30 | $ 280.00 | $ 644.00 |
| 4/25/2005 | C. Van Dalen | revise memo support 2nd motn sj | 0.20 | $ 280.00 | $ 56.00 |
| 4/25/2005 | C. Van Dalen | revise proposed order re ps' 2nd motn sj | 0.50 | $ 280.00 | $ 140.00 |
| 4/25/2005 | C. Van Dalen | review order granting post-grad student appear | 0.20 | $ 280.00 | $ 56.00 |
| 4/29/2005 | C. Van Dalen | revise first set discovery requests | 2.30 | $ 280.00 | $ 644.00 |
| 5/2/2005 | C. Van Dalen | revise first set discovery requests | 0.50 | $ 280.00 | $ 140.00 |
| 5/2/2005 | C. Van Dalen | draft letter to opposing counsel re discovery requests | 0.20 | $ 280.00 | $ 56.00 |
| 5/3/2005 | C. Van Dalen | review and analyze d's answer to ps' 2nd amended complaint | 6.80 | $ 280.00 | $ 1,904.00 |
| 5/3/2005 | C. Van Dalen | review and analyze d's opp. To ps' 2nd motn sj | 1.50 | $ 280.00 | $ 420.00 |
| 5/17/2005 | C. Van Dalen | review and analyze d's response to first set of discovery requests | 0.80 | $ 280.00 | $ 224.00 |
| 5/17/2005 | C. Van Dalen | draft reply to d's opp to ps 2nd motn sj | 7.00 | $ 280.00 | $ 1,960.00 |
| 5/23/2005 | C. Van Dalen | revise reply 2nd motn SJ | 5.30 | $ 280.00 | $ 1,484.00 |
| 6/2/2005 | C. Van Dalen | analyze admin order on consent attached to d's supp op to ps 2nd motn sj | 1.30 | $ 280.00 | $ 364.00 |
| 6/3/2005 | C. Van Dalen | analyze d's supp opposition to ps' 2nd motn sj | 1.30 | $ 280.00 | $ 364.00 |
| 6/3/2005 | C. Van Dalen | draft reply mem. 2nd motn sj | 4.50 | $ 280.00 | $ 1,260.00 |
| 6/6/2005 | C. Van Dalen | analyze AOC's air monitoring program | 0.80 | $ 280.00 | $ 224.00 |
| 6/7/2005 | C. Van Dalen | analyze d's supp opp to ps' 2nd motn sj | 1.00 | $ 280.00 | $ 280.00 |
| 6/7/2005 | C. Van Dalen | analyze interim emission limits estab by AOC | 1.50 | $ 280.00 | $ 420.00 |
| 6/8/2005 | C. Van Dalen | revise reply mem 2nd motn sj | 6.00 | $ 280.00 | $ 1,680.00 |
| 6/8/2005 | C. Van Dalen | analyze d's 1st supp response to 1st set of discovery requests | 1.00 | $ 280.00 | $ 280.00 |
| 6/8/2005 | C. Van Dalen | revise reply mem 2nd motn sj | 1.00 | $ 280.00 | $ 280.00 |
| 6/8/2005 | C. Van Dalen | draft motn leave file 17pg reply mem 2nd motn sj | 1.00 | $ 280.00 | $ 280.00 |
| 6/9/2005 | C. Van Dalen | revise reply mem 2nd motn sj | 7.00 | $ 280.00 | $ 1,960.00 |
| 6/9/2005 | C. Van Dalen | analyze d's community air monitoring plan | 1.30 | $ 280.00 | $ 364.00 |
| 6/9/2005 | C. Van Dalen | prepare oral argmt | 2.00 | $ 280.00 | $ 560.00 |
| 6/10/2005 | C. Van Dalen | prepare oral argmt | 1.30 | $ 280.00 | $ 364.00 |
| 6/10/2005 | C. Van Dalen | prepare oral argmt | 2.00 | $ 280.00 | $ 560.00 |
| 6/13/2005 | C. Van Dalen | review order granting motn supp opposition to ps' 2nd motn sj | 2.30 | $ 280.00 | $ 644.00 |
| 6/14/2005 | C. Van Dalen | review order granting ps' leave to file 17pg reply mem | 1.80 | $ 280.00 | $ 504.00 |
| 6/14/2005 | C. Van Dalen | appear oral argmt | 0.20 | $ 280.00 | $ 56.00 |
| 6/15/2005 | C. Van Dalen | analyze affidavit support d's supp opp to ps' 2nd motn sj | 2.30 | $ 280.00 | $ 644.00 |
| 6/15/2005 | C. Van Dalen | analyze d's motn leave & mem supp opposition to ps 2nd motn sj | 2.50 | $ 280.00 | $ 700.00 |
| 7/5/2005 | C. Van Dalen | analyze d's supp opp to ps' 2nd motn sj | 0.80 | $ 280.00 | $ 224.00 |
| 7/5/2005 | C. Van Dalen | analyze d's motn leave & mem supp opposition to ps 2nd motn sj | 0.80 | $ 280.00 | $ 224.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/6/2005 | C. Van Dalen | revise ps' opp to d's motn leave & mem supp opposition to ps' 2nd motn sj | 0.20 | $ 280.00 | $ 56.00 |
| 10/14/2005 | C. Van Dalen | analyze order granting ps' 2nd motn sj and requesting add'l briefing re injunction | 1.30 | $ 280.00 | $ 364.00 |
| 10/21/2005 | C. Van Dalen | prepare E. Hawkins affidavit supporting post-Katrina injunction brief | 1.80 | $ 280.00 | $ 504.00 |
| 10/21/2005 | C. Van Dalen | prepare J. Lewis affidavit supporting post-Katrina injunction brief | 2.00 | $ 280.00 | $ 560.00 |
| 10/21/2005 | C. Van Dalen | prepare K. Ford affidavit supporting post-Katrina injunction brief | 2.30 | $ 280.00 | $ 644.00 |
| 10/23/2005 | C. Van Dalen | draft brief on post-Katrina injunction | 6.00 | $ 280.00 | $ 1,680.00 |
| 10/24/2005 | C. Van Dalen | revise brief on post-Katrina injunction | 4.80 | $ 280.00 | $ 1,344.00 |
| 10/25/2005 | C. Van Dalen | research, review and analyze case law re injunctive relief for post-Katrina injunction brief | 4.80 | $ 280.00 | $ 1,344.00 |
| 10/26/2005 | C. Van Dalen | revise brief on post-Katrina injunction brief | 4.80 | $ 280.00 | $ 1,344.00 |
| 11/6/2005 | C. Van Dalen | prepare stipulated order re benzene tanks | 1.30 | $ 280.00 | $ 364.00 |
| 11/16/2005 | C. Van Dalen | review order granting stipulated order re benzene tanks | 1.30 | $ 280.00 | $ 364.00 |
| 11/21/2005 | C. Van Dalen | analyze federal settlement with chal refining re effect on citizen action | 3.70 | $ 280.00 | $ 1,036.00 |
| 11/21/2005 | C. Van Dalen | analyze state settlement with chal refining re effect on citizen action | 2.30 | $ 280.00 | $ 644.00 |
| 11/21/2005 | C. Van Dalen | analyze d's motn inform ct of settlements | 0.20 | $ 280.00 | $ 56.00 |
| 11/22/2005 | C. Van Dalen | draft consent motion to stay | 0.80 | $ 280.00 | $ 224.00 |
| 11/28/2005 | C. Van Dalen | review order re judicial notice of state and federal settlements | 0.20 | $ 280.00 | $ 56.00 |
| 11/28/2005 | C. Van Dalen | review order granting motion for stay | 0.20 | $ 280.00 | $ 56.00 |
| 3/15/2006 | C. Van Dalen | draft motn extend stay | 1.30 | $ 280.00 | $ 364.00 |
| 3/20/2006 | C. Van Dalen | review order granting extension of stay | 0.20 | $ 280.00 | $ 56.00 |
| 5/25/2006 | C. Van Dalen | discuss stay extension with opp counsel | 0.20 | $ 280.00 | $ 56.00 |
| 5/26/2006 | C. Van Dalen | review order granting consent motn to extend stay | 1.00 | $ 280.00 | $ 280.00 |
| 6/8/2006 | C. Van Dalen | draft settlement proposal | 4.00 | $ 280.00 | $ 1,120.00 |
| 6/8/2006 | C. Van Dalen | discuss HF safety controls with expert | 0.20 | $ 280.00 | $ 56.00 |
| 7/19/2006 | C. Van Dalen | draft settlement proposal | 3.00 | $ 280.00 | $ 840.00 |
| 7/21/2006 | C. Van Dalen | prepare settlement proposal | 2.80 | $ 280.00 | $ 784.00 |
| 7/31/2006 | C. Van Dalen | draft motn to extend stay | 0.83 | $ 280.00 | $ 232.40 |
| 8/3/2006 | C. Van Dalen | review order granting stay extension | 0.20 | $ 280.00 | $ 56.00 |
| 8/14/2006 | C. Van Dalen | meeting w/opposing counsel to discuss settlement | 3.00 | $ 280.00 | $ 840.00 |
| 8/14/2006 | C. Van Dalen | meeting @ Chalmette Refinery to observe HF Alky water spray system | 2.00 | $ 280.00 | $ 560.00 |
| 8/21/2006 | C. Van Dalen | draft settlement proposal | 5.80 | $ 280.00 | $ 1,624.00 |
| 8/22/2006 | C. Van Dalen | revise and edit settlement proposal | 3.30 | $ 280.00 | $ 924.00 |
| 8/23/2006 | C. Van Dalen | revise and edit settlement proposal | 2.00 | $ 280.00 | $ 560.00 |
| 8/30/2006 | C. Van Dalen | discuss stay extension with opp counsel | 0.20 | $ 280.00 | $ 56.00 |
| 9/1/2006 | C. Van Dalen | review order granting stay extension | 0.20 | $ 280.00 | $ 56.00 |
| 9/21/2006 | C. Van Dalen | review and analyze post-notice unauthorized discharge reports | 2.50 | $ 280.00 | $ 700.00 |
| 9/29/2006 | C. Van Dalen | discuss stay extension with opp counsel | 0.20 | $ 280.00 | $ 56.00 |
| 10/11/2006 | C. Van Dalen | review order granting stay extension | 0.20 | $ 280.00 | $ 56.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2006 | C. Van Dalen | discuss consent motion for status conference with opp counsel | 0.20 | $ 280.00 | $ 56.00 |
| 11/20/2006 | C. Van Dalen | review and analyze order re recusal | 0.20 | $ 280.00 | $ 56.00 |
| 11/22/2006 | C. Van Dalen | review order re status conf. | 0.20 | $ 280.00 | $ 56.00 |
| 1/4/2007 | C. Van Dalen | analyze d's 3rd supplemental response to ps first set of discovery | 1.00 | $ 280.00 | $ 280.00 |
| 1/5/2007 | C. Van Dalen | analyze d's revised privilege log | 0.83 | $ 280.00 | $ 232.40 |
| 1/5/2007 | C. Van Dalen | draft ltr to opposing counsel re:discovery requests | 0.83 | $ 280.00 | $ 232.40 |
| 1/5/2007 | C. Van Dalen | review and analyze d's 3rd supp. Resp. to ps' requests for prod of docs | 1.00 | $ 280.00 | $ 280.00 |
| 1/5/2007 | C. Van Dalen | review and analyze d's 4th supp disc resp | 0.20 | $ 280.00 | $ 56.00 |
| 1/5/2007 | C. Van Dalen | review and analyze d's updated privilege log | 0.20 | $ 280.00 | $ 56.00 |
| 1/25/2007 | C. Van Dalen | discuss motn for revised scheduling orde with opp counsel | 0.20 | $ 280.00 | $ 56.00 |
| 1/16/2007 | C. Van Dalen | prepare consent motion to continue trial | 0.20 | $ 280.00 | $ 56.00 |
| 2/7/2007 | C. Van Dalen | review and analyze upset reports | 2.30 | $ 280.00 | $ 644.00 |
| 2/8/2007 | C. Van Dalen | draft 3rd sj | 3.00 | $ 280.00 | $ 840.00 |
| 1/16/2007 | C. Van Dalen | review and analyze revised scheduling order | 0.20 | $ 280.00 | $ 56.00 |
| 1/18/2007 | C. Van Dalen | research law supporting nuisance claim | 1.30 | $ 280.00 | $ 364.00 |
| 1/19/2007 | C. Van Dalen | review and analyze research re nuisance claim | 3.25 | $ 280.00 | $ 910.00 |
| 2/28/2007 | C. Van Dalen | review ltr from opposing counsel re:priviledged docs | 0.10 | $ 280.00 | $ 28.00 |
| 2/28/2007 | C. Van Dalen | meet with d's counsel re pre-trial deadlines and HF site visit | 1.30 | $ 280.00 | $ 364.00 |
| 3/5/2007 | C. Van Dalen | revise draft amended complaint | 2.00 | $ 280.00 | $ 560.00 |
| 3/7/2007 | C. Van Dalen | draft 3rd motion for sj | 2.00 | $ 280.00 | $ 560.00 |
| 3/9/2007 | C. Van Dalen | review order granting motion for extension to amend complaint | 0.20 | $ 280.00 | $ 56.00 |
| 3/11/2007 | C. Van Dalen | draft 3rd motion for sj | 3.00 | $ 280.00 | $ 840.00 |
| 3/12/2007 | C. Van Dalen | revise mem support 3rd motion for sj | 1.50 | $ 280.00 | $ 420.00 |
| 3/13/2007 | C. Van Dalen | review and analyze research re regs on unauthorized discharges and reporting | 1.30 | $ 280.00 | $ 364.00 |
| 3/13/2007 | C. Van Dalen | revise mem support 3rd motion for sj | 1.00 | $ 280.00 | $ 280.00 |
| 3/13/2007 | C. Van Dalen | revise 3rd motion sj | 0.80 | $ 280.00 | $ 224.00 |
| 3/13/2007 | C. Van Dalen | revise statement uncontested facts for 3rd motn sj | 0.80 | $ 280.00 | $ 224.00 |
| 3/13/2007 | C. Van Dalen | prepare pleading attaching exhibits for 3rd motion sj | 1.00 | $ 280.00 | $ 280.00 |
| 3/13/2007 | C. Van Dalen | review notice of hearing for 3rd motn sj | 0.20 | $ 280.00 | $ 56.00 |
| 3/13/2007 | C. Van Dalen | revise, 3rd motion sj; memo, prop order and undisputed facts | 7.00 | $ 280.00 | $ 1,960.00 |
| 3/14/2007 | C. Van Dalen | draft request for oral argmt for 3rd motn sj | 0.50 | $ 280.00 | $ 140.00 |
| 3/15/2007 | C. Van Dalen | review and analyze d's motn sj | 2.50 | $ 280.00 | $ 700.00 |
| 3/15/2007 | C. Van Dalen | research nuisance claim under la. code for amended complaint | 2.00 | $ 280.00 | $ 560.00 |
| 3/27/2007 | C. Van Dalen | research res judicata for oral argmt to d's motn dismiss | 1.80 | $ 280.00 | $ 504.00 |
| 4/2/2007 | C. Van Dalen | research res judicata for resp. to d's motn sj | 1.00 | $ 280.00 | $ 280.00 |
| 4/2/2007 | C. Van Dalen | revise op to d's motn sj | 1.00 | $ 280.00 | $ 280.00 |
| 4/2/2007 | C. Van Dalen | revise and edit amended complaint | 4.00 | $ 280.00 | $ 1,120.00 |
| 4/3/2007 | C. Van Dalen | discuss facility visit with op counsel | 0.20 | $ 280.00 | $ 56.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/3/2007 | C. Van Dalen | discuss facility visit with expert | 0.20 | $ 280.00 | $ 56.00 |
| 4/4/2007 | C. Van Dalen | research preclusion and procedural issues for resp. to d's motn sj | 0.50 | $ 280.00 | $ 140.00 |
| 4/5/2007 | C. Van Dalen | review and analyze research re preclusion issues | 1.00 | $ 280.00 | $ 280.00 |
| 4/11/2007 | C. Van Dalen | revise and edit brief in opp to d's motn dismiss | 3.00 | $ 280.00 | $ 840.00 |
| 4/12/2007 | C. Van Dalen | draft discovery for penalty phase | 2.30 | $ 280.00 | $ 644.00 |
| 4/12/2007 | C. Van Dalen | arrange expert review of d's HF process | 0.50 | $ 280.00 | $ 140.00 |
| 4/15/2007 | C. Van Dalen | revise and edit opp br re d's motn dismiss | 2.00 | $ 280.00 | $ 560.00 |
| 4/16/2007 | C. Van Dalen | revise op to d's motn dismiss | 0.50 | $ 280.00 | $ 140.00 |
| 4/16/2007 | C. Van Dalen | discuss HF expert review with d's counsel | 0.20 | $ 280.00 | $ 56.00 |
| 4/16/2007 | C. Van Dalen | arrange expert review of d's HF process | 0.50 | $ 280.00 | $ 140.00 |
| 4/17/2007 | C. Van Dalen | research, review and analyze case law re d's new permits and inj relief claim | 3.00 | $ 280.00 | $ 840.00 |
| 4/17/2007 | C. Van Dalen | research, review and analyze case law on diligent prosecution and privity issu | 7.00 | $ 280.00 | $ 1,960.00 |
| 4/18/2007 | C. Van Dalen | review and analyze research on effect of consent decree on present litigation | 2.20 | $ 280.00 | $ 616.00 |
| 4/18/2007 | C. Van Dalen | review and analyze consent decree enforcement mechanisms | 1.80 | $ 280.00 | $ 504.00 |
| 4/18/2007 | C. Van Dalen | review and analyze federal case law on privity and diligent prosecution | 3.25 | $ 280.00 | $ 910.00 |
| 4/19/2007 | C. Van Dalen | revise op to d's motn dismiss | 3.50 | $ 280.00 | $ 980.00 |
| 4/19/2007 | C. Van Dalen | draft op to d's motn dismiss | 3.50 | $ 280.00 | $ 980.00 |
| 4/19/2007 | C. Van Dalen | revise and edit opp to d's motn dismiss | 4.50 | $ 280.00 | $ 1,260.00 |
| 4/20/2007 | C. Van Dalen | draft op to d's motn dismiss | 1.50 | $ 280.00 | $ 420.00 |
| 4/21/2007 | C. Van Dalen | revise op to d's motn dismiss | 2.80 | $ 280.00 | $ 784.00 |
| 4/21/2007 | C. Van Dalen | draft op to d's motn dismiss | 3.00 | $ 280.00 | $ 840.00 |
| 4/22/2007 | C. Van Dalen | revise op to d's motn dismiss | 1.50 | $ 280.00 | $ 420.00 |
| 4/24/2007 | C. Van Dalen | research issue post-notice violations at issue in 3rd sj | 3.00 | $ 280.00 | $ 840.00 |
| 4/25/2007 | C. Van Dalen | draft reply re 3rd motn dismiss | 1.50 | $ 280.00 | $ 420.00 |
| 4/25/2007 | C. Van Dalen | review and analyze d's resp to ps' 3rd motn sj | 0.20 | $ 280.00 | $ 56.00 |
| 4/26/2007 | C. Van Dalen | review order resetting oral argmt on motions for sj | 1.50 | $ 280.00 | $ 420.00 |
| 4/27/2007 | C. Van Dalen | draft reply re 3rd motn sj | 2.00 | $ 280.00 | $ 560.00 |
| 4/27/2007 | C. Van Dalen | revise reply re 3rd motn sj | 1.50 | $ 280.00 | $ 420.00 |
| 4/27/2007 | C. Van Dalen | draft reply 3rd sj | 3.50 | $ 280.00 | $ 980.00 |
| 4/27/2007 | C. Van Dalen | research, review and analyze cases re post-notice violations | 4.00 | $ 280.00 | $ 1,120.00 |
| 4/27/2007 | C. Van Dalen | research CAA preclusion mechanism and effect on violations at issue in 3rd s | 1.30 | $ 280.00 | $ 364.00 |
| 4/29/2007 | C. Van Dalen | draft reply 3rd sj | 3.50 | $ 280.00 | $ 980.00 |
| 4/29/2007 | C. Van Dalen | revise and edit reply 3rd sj | 6.00 | $ 280.00 | $ 1,680.00 |
| 4/30/2007 | C. Van Dalen | revise and edit reply 3rd sj | 2.00 | $ 280.00 | $ 560.00 |
| 4/30/2007 | C. Van Dalen | prepare oral argmt on ps' and d's motions sj | 1.80 | $ 280.00 | $ 504.00 |
| 5/1/2007 | C. Van Dalen | revise reply re 3rd motn sj | 5.00 | $ 280.00 | $ 1,400.00 |
| 5/1/2007 | C. Van Dalen | review and analyze d's reply re motn sj | 1.00 | $ 280.00 | $ 280.00 |
| 5/2/2007 | C. Van Dalen | prepare oral argmt on ps' and d's motions sj | 1.30 | $ 280.00 | $ 364.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/2/2007 | C. Van Dalen | research expert to review HF process | 1.00 | $ 280.00 | $ 280.00 |
| 5/3/2007 | C. Van Dalen | review order granting ext to amend complaint | 0.20 | $ 280.00 | $ 56.00 |
| 5/3/2007 | C. Van Dalen | prepare oral argmt on ps' and d's motions sj | 1.50 | $ 280.00 | $ 420.00 |
| 5/3/2007 | C. Van Dalen | prepare research and statements for oral argmt | 2.00 | $ 280.00 | $ 560.00 |
| 5/4/2007 | C. Van Dalen | appeal oral argmt | 2.00 | $ 280.00 | $ 560.00 |
| 5/5/2007 | C. Van Dalen | review resumes of potential experts for HF issue | 0.80 | $ 280.00 | $ 224.00 |
| 6/6/2007 | C. Van Dalen | review and analyze consent decree for enforcement of fugitive coke dust | 1.00 | $ 280.00 | $ 280.00 |
| 6/11/2007 | C. Van Dalen | research re HC flaring violations | 3.50 | $ 280.00 | $ 980.00 |
| 6/15/2007 | C. Van Dalen | research re penalty calculations | 2.50 | $ 280.00 | $ 700.00 |
| 7/25/2007 | C. Van Dalen | draft discovery re penalty phase | 3.50 | $ 280.00 | $ 980.00 |
| 7/25/2007 | C. Van Dalen | research expert qualified for penalty determination | 1.80 | $ 280.00 | $ 504.00 |
| 8/6/2007 | C. Van Dalen | revise discovery requests re penalty phase w/expert | 3.20 | $ 280.00 | $ 896.00 |
| 8/7/2007 | C. Van Dalen | revise protective order | 1.00 | $ 280.00 | $ 280.00 |
| 8/7/2007 | C. Van Dalen | draft discovery re penalty phase | 3.50 | $ 280.00 | $ 980.00 |
| 8/3/2007 | C. Van Dalen | revise and edit protective order | 2.50 | $ 280.00 | $ 700.00 |
| 8/8/2007 | C. Van Dalen | discuss penalty issues with expert | 0.20 | $ 280.00 | $ 56.00 |
| 8/5/2007 | C. Van Dalen | discuss discovery requests re penalty phase w/ expert | 0.50 | $ 280.00 | $ 140.00 |
| 8/10/2007 | C. Van Dalen | review and analyze order re ps' and d's motions sj | 1.00 | $ 280.00 | $ 280.00 |
| 8/20/2007 | C. Van Dalen | discuss consent motn to amend scheduling order with op counsel | 0.20 | $ 280.00 | $ 56.00 |
| 9/3/2007 | C. Van Dalen | expert fees for penalty calculations | 1.00 | $ 280.00 | $ 280.00 |
| 9/12/2007 | C. Van Dalen | review and analyze d's opp to ps' motn for reconsideration of order re motions sj | 0.80 | $ 280.00 | $ 224.00 |
| 9/25/2007 | C. Van Dalen | draft consent motion to amend scheduling order | 0.20 | $ 280.00 | $ 56.00 |
| 9/25/2007 | C. Van Dalen | revise and refile corrected consent motion to amend scheduling order | 0.20 | $ 280.00 | $ 56.00 |
| 9/25/2007 | C. Van Dalen | draft certificate of client consent and proposed order for consent motion to amend scheduling order | 1.00 | $ 280.00 | $ 280.00 |
| 9/25/2007 | C. Van Dalen | review notice re scheduling conf. | 0.20 | $ 280.00 | $ 56.00 |
| 10/3/2007 | C. Van Dalen | review order amending scheduling order | 0.80 | $ 280.00 | $ 224.00 |
| 10/24/2007 | C. Van Dalen | review and analyze order denying ps' motn for reconsideration | 0.20 | $ 280.00 | $ 56.00 |
| 11/5/2007 | C. Van Dalen | review order granting motion to continue trial | 0.20 | $ 280.00 | $ 56.00 |
| 1/31/2008 | C. Van Dalen | review and analyze draft settlement | 0.50 | $ 280.00 | $ 140.00 |
| 5/20/2008 | C. Van Dalen | proof and revise draft settlement | 0.50 | $ 280.00 | $ 140.00 |
| 6/12/2008 | C. Van Dalen | proof and revise draft settlement | 0.80 | $ 280.00 | $ 224.00 |
| 6/13/2008 | C. Van Dalen | research emission calculation methods | 0.50 | $ 280.00 | $ 140.00 |
| 6/7/2005 | C. Van Dalen | proof, edit, prepare opp to d's mot dismiss | 2.00 | $ 280.00 | $ 560.00 |
| 4/23/2007 | C. Van Dalen | review and analyze research re HF safety controls and mitigation | 7.00 | $ 280.00 | $ 1,960.00 |
| 5/2/2007 | C. Van Dalen | | 2.90 | $ 280.00 | $ 812.00 |
| Total | | | 338.99 | | $ 94,917.20 |

| Brown Fees | | | | | |
|---|---|---|---|---|---|
| Date | Time-keeper | Activity | | Rate | Value |
| 10/10/2003 | C. Brown | analyze Chalmette Refining incident reports | 2.00 | $210 | $420.00 |
| 10/10/2003 | C. Brown | analyze state air regulations | 2.00 | $210 | $420.00 |
| 10/10/2003 | C. Brown | travel to LDEQ Baton Rouge to obtain Chalmette Refining incident reports | 2.00 | $210 | $420.00 |
| 10/17/2003 | C. Brown | analyze Chalmette Refining documents obtained from regional LDEQ office | 4.80 | $210 | $1,008.00 |
| 10/17/2003 | C. Brown | travel new Orleans LDEQ regional office to obtain Chalmette Refining documents | 0.80 | $210 | $168.00 |
| 10/24/2003 | C. Brown | analyze Chalmette Refining upset reports | 4.00 | $210 | $840.00 |
| 10/24/2003 | C. Brown | travel LDEQ Baton Rouge to obtain upset reports | 2.00 | $210 | $420.00 |
| 11/7/2003 | C. Brown | meeting with LDEQ engineers to discuss status of Chal. Ref. air permits | 1.80 | $210 | $378.00 |
| 11/7/2003 | C. Brown | meeting with plaintiff to discuss status of suit | 0.80 | $210 | $168.00 |
| 11/7/2003 | C. Brown | revise motn  for sj | 1.00 | $210 | $210.00 |
| 11/7/2003 | C. Brown | revise notice of violation letter re Chal. Ref. violations | 2.00 | $210 | $420.00 |
| 11/7/2003 | C. Brown | travel LDEQ Baton Rouge for meeting with LDEQ engineers to discuss status of Chal. Ref. air permits | 2.00 | $210 | $420.00 |
| 11/17/2003 | C. Brown | analyze Chal. Ref. air permit documents | 4.00 | $210 | $840.00 |
| 11/17/2003 | C. Brown | travel to LDEQ Baton Rouge to obtain additional air permit documents | 2.00 | $210 | $420.00 |
| 12/4/2003 | C. Brown | draft notice of violation letter re Chal. Ref. air violations | 0.80 | $210 | $168.00 |
| 3/22/2004 | C. Brown | draft motn  for SJ | 0.80 | $210 | $168.00 |
| 5/12/2004 | C. Brown | draft motn  for SJ | 1.50 | $210 | $315.00 |
| 5/13/2004 | C. Brown | revise memo support motn  for sj | 2.30 | $210 | $483.00 |
| 5/24/2004 | C. Brown | discuss student rep issues with opp. Counsel | 0.20 | $210 | $42.00 |
| 5/24/2004 | C. Brown | revise motn  for rule 11 sanctions | 1.30 | $210 | $273.00 |
| 5/28/2004 | C. Brown | draft opp. motn  to disqualify clinic | 2.00 | $210 | $420.00 |
| 5/30/2004 | C. Brown | draft opp. motn  to disqualify clinic | 1.30 | $210 | $273.00 |
| 5/31/2004 | C. Brown | draft opp. motn  to disqualify clinic | 1.50 | $210 | $315.00 |
| 6/1/2004 | C. Brown | prepare opp. motn  to disqualify clinic | 1.00 | $210 | $210.00 |
| 6/3/2004 | C. Brown | draft motn  for leave to file amended opp. to motn  to disqualify Tulane clinic | 2.00 | $210 | $420.00 |
| 6/3/2004 | C. Brown | prepare motn  For leave and amended opp. motn  to disqualify Tulane clinic | 1.50 | $210 | $315.00 |
| 6/7/2004 | C. Brown | discuss joint motn for stay with opp. Counsel | 0.20 | $210 | $42.00 |
| 6/7/2004 | C. Brown | prepare joint motn for stay | 1.00 | $210 | $210.00 |
| 9/2/2004 | C. Brown | prepare for meeting at refinery | 1.00 | $210 | $210.00 |
| 9/7/2004 | C. Brown | advise ps regarding refinery meeting | 2.00 | $210 | $420.00 |
| 9/8/2004 | C. Brown | meeting at refinery | 3.00 | $210 | $630.00 |
| | | | | | |
| Total | | | 54.60 | | $11,466 |

# NETWORK STRATEGIS

*A Professional Detective Agency*

\

TULANE ENVIRONMENTAL LAW CLINIC
6329 FRERET STREET
SUITE 130                              2/27/04
NEW ORLEANS, LA  70118

ATTN:  ADAM BABICH, ATTORNEY
       JOHN W. PINT, STUDENT ATTORNEY

                    Monday, February 16, 2004

     Following a conference with the Client, the Agency was
directed to locate then serve, Chalmette Refinery, L.L.C. through
Dan H. Zivney, Refinery Manager.


     Efforts to serve Zivney at the refinery were unsuccessful due
to access difficulties, therefore a computer database search
revealed: Daniel Hal Zivney, white male, DOB: 2/15/51, 21 Serenity
Drive, Mandeville, LA (The Sanctuary Subdivision - just off Highway
22 towards Madisonville, LA). After three attempts, service was
rendered on the evening of Thursday, February 26, 2004.

     The return of service was then completed and filed in the
appropriate venue.  The Client was contacted and advised of all
findings.  If additional information or work is needed in this
matter, please advise accordingly.
----------------------------------------------------------------
                    BILLING INFORMATION

   3 HOURS @ $30.00 PER HOUR - $90.00

   MILAGE/TOLLS - $25.00

   COMPUTER DATA BASE SEARCHES - $25.00

   TOTAL DUE - $130.00


   $85.00 RETAINER RECEIVED


   $45.00 BALANCE DUE


   PLEASE REMIT PAYMENT TO:

   Keith Lobrono d/b/a Network Strategist
   P.O. Box 740567
   New Orleans, LA  70174

P.O. Box 740567 • New Orleans, Louisiana 70174 • (504) 361-9774 Pager (504) 550-3214

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the ___Eastern___ District of ___Louisiana___

| INVOICE | NUMBER |
|---|---|

**TO:**

Tulane Environmental Law Clinic
6329 Freret Street, Suite 130B
New Orleans, Louisiana 70118

PHONE: *862-8721 fax*

**NOTE**
**MAKE CHECK PAYABLE TO:**
Toni Doyle Tusa
500 Poydras Street, Room B-406
New Orleans, LA 70130
tdtusa1@aol.com
PHONE:  (504) 589-7778

## TRANSCRIPTS

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| CRIMINAL | x CIVIL | | 8-4-05 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
*St. Bernard Citizens, et al v. Chalmette Refining, LLC, 04-CV-398-R*

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 45 | $3.30 | $148.50 | | | | | | | $148.50 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| | |
|---|---|
| For proceedings on (Date):  June 15, 2005 | **TOTAL** |
| | LESS DISCOUNT FOR LATE |
| | LESS AMOUNT OF DEPOSIT |
| | **TOTAL REFUNDED** |
| | **TOTAL DUE**    $148.50 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
*Toni Tusa*

DATE
*8-4-05*

*(All previous editions of this form are cancelled and should be destroyed)*

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR



*151-001*

November 19, 2004                                Tax ID# 72-1402974

Adam Babich                                      Invoice No.    10005
Tulane Environmental Law Clinic
6329 Freret Street                               Terms: Net 20 Days
Suite 130B
New Orleans, LA  70118                           504-862-8800

### Re: St. Bernard Citizens for Environmental Quality vs. Chalmette USDC, Eastern District of Louisiana

For providing one DVD each (4 total) of the videotaped deposition of Kenneth Ford, held at 701 Poydras Street, New Orleans, Louisiana, on November 17, 2004, in the above-referenced matter.

**Total Invoice:    $200.00**

DV/mmp

Enclosure:  4 DVDs

**Thank You**



3200 Ridgelake Drive  ◆  Suite 205  ◆  Metairie, Louisiana 70002
New Orleans 504.828.8856  ◆  Baton Rouge 225.292.8352  ◆  Fax 504.828.8865
Toll-Free 1.888.DEPO-VUE  ◆  E-mail depovue@gs.net



# INVOICE

Ronald P. Koopman Ph.D, P.E.
Hazard Analysis Consulting
4673 Almond Circle
Livermore, California 94550

(925)443-5324
Email: RPKoopman@Comcast.net

May 18, 2007

Tulane Environmental Law Clinic
6329 Freret St. Ste. 130B
New Orleans, LA 70118-6231

Invoice 1

This invoice includes activities in May 2007 by Ronald P. Koopman consisting of:

Provide review and assessment of water spray safety system installed on HF alkylation unit at ExxonMobil Chalmette LA refinery.

| | | |
|---|---|---|
| Labor: | Provide review of refinery system and conclusions to Tulane Environmental Law Center and their clients | |
| | | 31.0hr |
| | Labor cost @ $150/hr | $4650.00 |
| Expenses: | Airfare, Southwest Airlines | $709.00 |
| | Ambassador Hotel | $116.48 |
| | National rental car | $132.53 |
| | Parking at Oakland | $42.25 |
| | Meals | $117.03 |
| Total cost | | $5767.29 |

Ronald P. Koopman

**JShefftz Consulting**

14 Moody Field Road
Amherst MA  01002
jss@JShefftzConsulting.com
413-256-1101 phone
866-252-7130 fax (toll-free)

**PRIVILEGED: CONFIDENTIAL**                        September 3, 2007
**ATTORNEY WORK PRODUCT**
**NOT FOR RELEASE**


Corinne Van Dalen
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans LA  70118

     *Re:*   *St. Bernard Citizens for Environmental Quality, et al. v. Chalmette Refining, L.L.C.*

Dear Corinne:

     Enclosed is my invoice in the amount of $610.20, which reflects 5.4 hours for my time in August, as detailed in the table below.

| | | |
|---|---|---|
| 8 Wednesday | 4.6 | Reviewed discovery requests, performed WACC calcs, and started drafting expert report. |
| 28 Tuesday | 0.8 | Discussed case status with Corinne, reviewed court ruling & plaintiff memorandum. |

Sincerely,

Jonathan S. Shefftz
*d/b/a JShefftz Consulting*


Tax Identification No. 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

# RESUME

**Adam Babich**
Professor of Law
Tulane Law School
6329 Freret Street, New Orleans, LA 70118-6231
Phone (office direct line): 504.862.8800
Fax: 504.862.8721  E-mail: ababich@law.tulane.edu

## SUMMARY

Adam Babich received his J.D. from Yale Law School in 1983. He teaches law at Tulane University and directs the Tulane Environmental Law Clinic. Before joining Tulane, Babich was a Chicago-based litigator whose practice emphasized environmental and insurance-related disputes. He has also served as an environmental enforcement lawyer for the Colorado Attorney General, as adjunct attorney for the Environmental Defense Fund, as editor-in-chief of the Environmental Law Reporter, and as a judicial law clerk for the Colorado Supreme Court. He has taught at Georgetown University Law Center, American University, and the University of Denver. His publications have been cited in more than 230 articles, treatises, and books, 4 judicial opinions, and one opinion of EPA's Environmental Appeals Board. Under his leadership, the Tulane Environmental Law Clinic has raised more than $1.2 million in foundation grants, contributions, and attorney fee awards since May 2000.

## EDUCATION

Yale Law School, New Haven, Connecticut, J.D., 1983

University of Colorado School of Law, Boulder, Colorado, 1980-81

- Ranked first in a first year of about 175 students (transferred to Yale in 1981)

- Am. Jur. Awards: Property, Criminal Law, Civil Procedure

National Institute of Trial Advocacy, Boulder, CO, 1985

Dickinson College, Carlisle, Pennsylvania, B.A., 1977 (Anthropology and German)

*University of Pennsylvania*, College of General Studies, Philadelphia, Pennsylvania, 1977 (visiting student)

*Albert Ludwigs Universität*, Freiburg, Germany, 1975-76 (visiting student)

## TEACHING EXPERIENCE

### *Law School*

Tulane Law School, Professor of Law, July 2007 to present; Associate Professor, May 2000-July 2007.  Courses taught:

| | |
|---|---|
| *1)* Torts; | *4)* Envtl. Law Clinic; |
| *2)* Clean Air Act; | *5)* Legal Analysis; |
| *3)* Hazardous Wastes; | *6)* Envtl. Advocacy Seminar. |

<u>Georgetown University Law Center</u>, Adjunct Professor, Spring Semester, 1996-1997, Course: Environmental Litigation and Compliance Seminar

<u>University of Denver</u>, College of Law, Lecturer in Law, Fall Semester, 1990, Course: Toxic and Hazardous Waste

### *Graduate School*

<u>University of Denver</u>, University College, Adjunct Professor, 1991-93 (Environmental Policy and Management Masters Program), Courses: (1) Resource Conservation and Recovery Act Permitting and Compliance, and (2) Environmental Protection Law I

### *Undergraduate School*

<u>American University</u>, Adjunct Professor, Spring Semester, 1997, Course: Environmental Law (an undergraduate course offered by the biology department)

### *International Legal Assistance*

<u>Tulane Institute for Environmental Law & Policy</u>

- Presenter, Seminar for Dominican Republic Environmental Professionals: *The Role of U.S. Courts in Environmental Protection* (6/05)

<u>American Bar Association Central and Eastern European Law Initiative</u>

- Instructor for training of judges and prosecutors in and near Lviv, Ukraine (5/96)
- Contributor, "Analysis of the Draft Law Concerning Wastes" for the Republic of Moldova (6/97)

<u>Environmental Law Institute</u>, Training of judges and prosecutors in:

- Budapest, Hungary (5/97, 6/96)
- Kiev, Ukraine (11/95)
- Buenos Aires, Mendoza, and Salta, Argentina (8/95)

<u>Environmental Law Institute</u>, Instructor, International Seminar on Citizen Suits (Acciones Populares y de Grupo) in Bogota, Columbia (9/94)

### *Judicial Training*

<u>Federal Judicial Center & Tulane Law School</u>

- Program for U.S. Bankruptcy Judges, Environmental Liability (5/01)

<u>Environmental Law Institute</u>, Instructor for:

- Ohio Common Pleas Judges' Ass'n, Columbus, Ohio (12/93)
- Southwestern Judges' Conference, Albuquerque, NM (7/93).

### FUNDRAISING

Under Babich's leadership, the Tulane Environmental Law Clinic has raised more than $1.2 million in foundation grants, contributions, and attorney fee awards since May 2000.

## OTHER EXPERIENCE

***Private Practice***, Mar. 1997 to Mar. 2000—Environmental litigator with a Chicago-based law firm, Zevnik Horton Guibord & McGovern, emphasizing use of third-party liabilities and insurance assets to fund cleanup or containment of hazardous waste on behalf of members of the regulated community, municipalities, and investors in contaminated property.

***Environmental Law Institute*** (ELI), Feb. 1993 to Feb. 1997, Washington, D.C.—Director of Publications, responsible for management of ELI's publications division, including a staff of thirteen, instructor in international training courses, and editor in chief of *The Environmental Law Reporter*.

***Private Practice***, Jan. 1988 to Feb. 1993, Denver CO—Prosecuted and defended environmental cases before federal, state, and local courts and agencies. After two years of solo practice, helped found a Denver law firm, Gablehouse Epel & Babich, in Aug. 1992. Adjunct Attorney for the Environmental Defense Fund from Aug. 1991 through May 1992. Associate with Cornwell & Blakey from Jan. 1988 to July 1990, responsible for litigation under state and federal laws—including the Racketeer Influenced and Corrupt Organizations Act ("RICO")—in federal district and bankruptcy courts. Lead counsel in litigation about the Rocky Flats nuclear weapons plant in which the court ordered a shutdown of a radioactive mixed-waste incinerator. Represented victims of hazardous waste contamination in a criminal restitution proceeding in the sentencing phase of U.S. v. Protex Indus., No. 87-CR-115 (D. Colo.), *aff'd*, 874 F.2d 740 (10th Cir. 1989)—the nation's first "knowing endangerment" conviction under the Resource Conservation and Recovery Act ("RCRA").

***Colorado Attorney General's Office***, Sept. 1984 to Dec. 1987, Denver, CO—Assistant Attorney General, responsible for enforcing the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), RCRA, and the Toxic Substances Control Act. Counsel on seven Superfund cases filed by Colorado in 1983 to clean up mining sites, uranium mills, a metals processing plant, and the U.S. Army's Rocky Mountain Arsenal—a nerve gas storage facility and pesticide plant. Presented key witnesses and delivered the state's final closing argument during the nation's first full-scale Superfund remedy trial—*Colorado v. Idarado Mining Co.*

***Colorado Supreme Court***, Sept. 1983 to Aug. 1984—Judicial Law Clerk for Deputy Chief Justice Jean E. Dubofsky, responsible for analysis of statutory and constitutional issues in criminal and civil law; prepared draft opinions and memoranda evaluating petitions for certiorari review.

***Computer Operator***, Dec. 1978 to Aug. 1980 (before law school), Philadelphia, PA—administered a DEC PDP 11-70 system at the U.S. Environmental Protection Agency, Region III, for Computer Sciences Corp. Before that, operated computers for Timeshare, Inc. to generate tax returns and utility invoices.

## SCHOLARSHIP

### Law Review Articles

1. *The Apolitical Law School Clinic*, 11 CLINICAL L. REV. 447 (2005)

2. *A Reply To Wizner and Solomon's "Law As Politics,"* 11 CLINICAL L. REV. 481 (2005)

3. *The Wages of Sin: The Violator-Pays Rule for Environmental Citizen Suits*, 10 WIDENER L. REV. 219 (2003)

4. *Too Much Science in Environmental Law*, 28 COLUM. J. ENVTL. L. 119 (2003)

5. *Our Federalism, Our Hazardous Waste, and Our Good Fortune*, 54 MD. L. REV. 1516 (1995) [excerpted in ROBERT L. FISCHMAN, ET AL., AN ENVIRONMENTAL LAW ANTHOLOGY (Anderson Pub. Co. 1996)]

6. *Understanding the New Era in Environmental Law*, 41 S.C.L. REV. 733 (1990), *also pub. in* ENVIRONMENTAL LAW (ch 10) (Michael C. Blumm ed., N.Y. Univ. Press 1992)

### *Other Legal Publications*

7. *Ambitious Goals, Political Realities*, ENVTL. F., Jan./Feb. 2008, at 32

8. *The Apolitical Clinic*, TULANE LAW., Summ. 2004, at 10

9. *The Violator-Pays Rule*, ENVTL. F., May/June 2004, at 30

10. *Environmental Justice in Louisiana*, 51 LA. B.J. 90 (Aug. 2003)

11. *Too Much Science*, ENVTL. F., May/June 2003, at 36

12. *The Sting: How Louisiana's Emission Credit Trading System Dirties the Air*, SECOND GENERATION ISSUES COMM. NEWSL., May 2003, at 11

13. *How the Tulane Environmental Law Clinic Survived the Shintech Controversy and Rule XX Revisions: Some Questions and Answers*, 32 Envtl. L. Rep. (Envtl. L. Inst.) 11476 (Dec. 2002)

14. *Fee Shifting After Buckhannon*, 32 Envtl. L. Rep. (Envtl. L. Inst.) 10137 (Jan. 2002)

15. *Dodging a Bullet: Lessons from the Failed Hazardous Substance Recycling Rider to the Omnibus Appropriations Bill*, 29 Envtl. L. Rep. (Envtl. L. Inst.) 10131 (Mar. 1999)

16. *The Resource Conservation and Recovery Act* (ch. 3.6), *in* MINING ENVIRONMENTAL HANDBOOK (Jerrold J. Marcus ed., Imperial College Press 1997)

17. *Regulatory Reform and the Chevron Doctrine*, 26 Envtl. L. Rep. (Envtl. L. Inst.) 10587 (Nov. 1996)

18. *DOE's Promising First Step*, NAT'L ENVTL. ENFORCEMENT J., July 1995, at 3

19. *Citizen Suits: The Teeth in Public Participation*, 25 Envtl. L. Rep. (Envtl. L. Inst.) 10141 (Mar. 1995)

20. *What Next?*, ENVTL. F., Nov./Dec. 1994, at 48

21. *Bringing Order to Records of Decision* (Book Review), 11 ENVTL. F., March/April 1994, at 11

22. *RCRA Imminent Hazard Authority: A Powerful Tool for Businesses, Governments, and Citizen Enforcers*, 24 Envtl. L. Rep. (Envtl. L. Inst.) 10122 (March 1994)

23. *Risk of Compromising a Vital Protection*, ROCKY MT. NEWS, Feb. 28, 1994 (Op-ed)

24. *Is RCRA Enforceable by Citizen Suit in States with Authorized Hazardous Waste Programs?*, 23 Envtl. L. Rep. (Envtl. L. Inst.) 10536 (Sept. 1993)

25. *Colorado* (ch. 47), *in* ENVIRONMENTAL LAW PRACTICE GUIDE (Matthew Bender 1992) (Named Best Law Book of 1992 by the Association of American Publishers)

26.  *Hazardous Waste at Federal Facilities* (ch. 1), *in* HAZARDOUS WASTE SITE INVESTIGATIONS: TOWARD BETTER DECISIONS (Richard B. Gammage & Barry A. Berven eds., 1992)

27.  *A New Era in Environmental Law*, 20 COLO. LAW. 435 (1991)

28.  *Circumventing Environmental Laws: Does the Sovereign Have a License to Pollute?*, NAT. RESOURCES & ENV'T, Summ. 1991, at 28

29.  *Coming to Grips with Toxic Waste: The Need for Cooperative Federalism in the Superfund Program*, 19 Envtl. L. Rep. (Envtl. L. Inst.) 10009 (Jan. 1989)

30.  *EPA no Superman in its Handling of Superfund*, ROCKY MT. NEWS, Jan. 6, 1989, at 70 (Op-ed), also published as *State and Local Governments, Not EPA, Must Handle Environmental Protection*,, ATLANTA J. & CONST., Oct. 24, 1988, at 13

31.  *Taking Charge: Local Governments and Hazardous Substances* (with Kent E. Hanson), *in* 1989 ZONING AND PLANNING LAW HANDBOOK (M. Dennison, ed.) 553 (1989); *also published in* COLO. MUNICIPALITIES, Sept./Oct. 1988, at 23; N.J. MUNICIPALITIES, Oct. 1988, at 24; ILL. MUN. REV., Oct. 1988, at 5; LA. MUN. REV., Nov./Dec. 1988, at 6; ALA. MUN. J., Sept. 1988, at 4; and 51 J. OF ENVT'L HEALTH 139 (1989)

32.  *Restructuring Environmental Law*, 19 Envtl. L. Rep. (Envtl. L. Inst.) 10057 (Feb. 1989)

33.  *Enforcing the Community's Right to Know About Chemical Hazards*, NAT'L ENVTL. ENFORCEMENT J., July 1989, at 3, *also pub. in* MUN. ATT'Y, Jan./Feb. 1989, at 4

34.  *State Enforcement of CERCLA: The Idarado Decision in Perspective* (with K. Hanson), 20 Env't Rep. (BNA) 735 (Aug. 1989)

35.  *Police our Federal Polluters*, DENVER POST, Jan. 14, 1989, at 7B (Op-ed), *also published as Revoke Order to End Mockery of Superfund*, ATLANTA J. & CONST., Feb. 3, 1989, at 19

36.  *Declaratory and Injunctive Relief for States Under CERCLA* (with K. Hanson), 18 Envtl. L. Rep. (Envtl. L. Inst.) 10216 (June 1988)

37.  *Local Governments and the Environment* (pt. 1), 18 COLO. LAW. 1997 (1988) (with Kent E. Hanson), *also published in* MUN. ATT'Y, July/Aug. 1988, at 1; MONT. LAW., Oct. 1988, at 5; FLA. BAR J., Dec. 1988, at 65; R.I. BAR J., Feb. 1989, at 9; W. VIR. LAW., Feb. 1989, at 24; and INTER ALIA, Mar./Apr. 1989, at 5

38.  *Local Governments and the Environment—RCRA (pt. 2)* (with Kent E. Hanson), 18 COLO. LAW. 2159 (1988)

39.  *Opportunities for Environmental Enforcement and Cost Recovery by Local Governments and Citizen Organizations* (with Kent E. Hanson), 18 Envtl. L. Rep. (Envtl. L. Inst.) 10165 (May 1988)

40.  *Civil Procedure*, *in* 1986 ANNUAL SURVEY OF COLORADO LAW 11 (Beth E. Graham ed., 1987)

41.  *Pendent Claims and CERCLA* (with Howard Kenison), W. NAT'L RESOURCE LITIG. DIG., Wtr. 1986, at 16

## PRESENTATIONS

1. *Emergency Response and Solid Waste Regulations,* Joint Georgetown University and Loyola University class on law and policy in the wake of Hurricane Katrina (New Orleans, LA (9/9/07)

2. *Working with Law School Clinics*, Waterkeeper Alliance Conference, New Orleans, LA (6/7/07)

3. *Environmental Justice*, American Association of Law Libraries. Southeastern Chapter Annual Meeting, Baton Rouge, LA (4/13/07)

4. *Post-Katrina Environmental Justice*, The Continuing Aftermath of Hurricane Katrina, Texas Southern University, Houston (3/06)

5. *Louisiana Environmental Justice*, Young Leadership Council "One Book One New Orleans" Panel Discussion on Race and Civil Rights, New Orleans (3/05)

6. *Managing Environmental Cases*, Council of Canadian Administrative Tribunals 3rd International Conference, Toronto (6/04)

7. *The Future of Environmental Law Clinics*, Regional Meeting of Environmental Law Societies, White Plains, NY (3/04)

8. *The Role of the Tulane Environmental Law Clinic*, Air and Waste Management Association (Louisiana Section), New Orleans, LA (1/04)

9. Moderator, William Gates, Sr. & Chuck Collins, *America's Wealth Gap and the Case for Preserving the Estate Tax*, New Orleans, LA (12/03)

10. <u>Panelist</u>, *Anthropologists and Effective Environmental Justice Policy*, American Anthropological Association, Chicago, Il. (11/03)

11. *Legal Initiatives of the Tulane Environmental Law Clinic*, Louisiana State Bar Association Environmental Section Seminar, New Orleans, LA (11/03)

12. *Current Attacks on the Clean Air Act*, New Orleans Group of the Sierra Club Monthly Program, New Orleans, LA (11/03)

13. *Environmental Justice*, Society of Envtl Journalists, 13th Annual Conf., New Orleans, LA (9/03)

14. *Environmental Issues Facing Louisiana's Next Governor*, LSU Law Center Environmental Roundtable, Baton Rouge, LA (5/03)

15. <u>Luncheon Speaker</u>, National Petrochemical and Refiners Association National Environmental & Safety Conference, New Orleans, LA (4/03)

16. *Environmental Justice in Louisiana*, Women for a Better Louisiana, New Orleans, LA (4/03)

17. *The Violator Pays Rule for Environmental Citizen Suits*, Widener Symposium: Citizen Suits at Thirty Something, Wilmington, DE (4/03)

18. *New Source Review Issues and Clean Air Act Title V*, EPA Clean Air Act Title V Advanced Training, San Francisco, Cal. (3/03)

19. *New Source Review Issues and Clean Air Act Title V*, EPA Clean Air Act Title V Advanced Training, Durham, NC (5/02)

20. Panelist, *Environmental Justice*, Tulane Law School Environment 2002 Conference (3/02)

21. *Writing Effective Comment Letters*, EPA Clean Air Act Title V Training, Houston TX (12/02)

22. *Clean Air Act Meets the Real World: Ozone Attainment in the Baton Rouge Area*, Louisiana State Bar Association Environmental Law Section Annual Seminar, New Orleans, LA (11/01)

23. *Legal Ethics & Representation on Environmental Justice Issues*, 17th Annual NAACP Lawyers' Continuing Legal Education Seminar, New Orleans, LA (7/01)

24. Panelist, *Environmental Standards in Central and Eastern Europe*; Moderator, *Clean Air and the Future: Trading and Compliance*, Tulane Law School Environment 2001 Conference (3/01)

25. *Recent Developments in Environmental Law*, 12th Annual Tulane Law School CLE by the Hour, New Orleans, LA (12/00)

26. *Class Action Update*, 21st Annual Advanced ALI-ABA Course on Hazardous Wastes, Superfund, and Toxic Substances, DC (10/99)

27. *Toxic Torts*, 20th Annual Advanced ALI-ABA Course on Hazardous Wastes, Superfund, and Toxic Substances, DC (11/98)

28. *Resource Conservation and Recovery Act*, ELI Boot Camp Course on Environmental Law, Bethesda, MD (11/98)

29. *Hazardous Waste Law*, ELI Boot Camp Course on Environmental Law, Alexandria, VA (11/97)

30. *Natural Resource Damages*, 19th Annual Advanced ALI-ABA Course on Hazardous Wastes, Superfund, and Toxic Substances, DC (11/97)

31. Introduction to RCRA and CERCLA, ALI-ABA Environmental Law Course, DC (2/97)

32. *Strategies for Environmental Law Research*, ELI Boot Camp Course on Environmental Law, Alexandria, VA (11/96)

33. Program co-chair, 18th Annual Advanced American Law Institute-American Bar Association (ALI-ABA) Course on Hazardous Wastes, Superfund, and Toxic Substances, DC (10/96)

34. *Risk-Based Remediation*, Hazardous Waste Solvents in Subsurface Environments, Northwest Center for Occupational Health and Safety, Seattle, WA (9/96)

35. *The Proposed Hazardous Waste Identification Rule*, ALI-ABA Environmental Law Course, DC (2/96)

36. Program co-chair, 17th Annual Advanced American Law Institute-American Bar Association (ALI-ABA) Course on Hazardous Wastes, Superfund, and Toxic Substances, DC (10/95)

37. *Oversight and Regulation of DOE Facilities*, Advisory Committee on External Regulation of Department of Energy Nuclear Safety, Santa Fe, NM (7/95)

38. *Evaluation of Regulatory Measures*, National Research Council, Committee to Evaluate the Science, Engineering, and Health Basis of the DOE's Environmental Management Program, Evaluation of Regulatory Measures Workshop, DC (6/95)

39. *Overview of Environmental Statutes*, U.S. EPA National Enforcement Training Institute, Basic Environmental Enforcement Course, Denver, CO (5/95)

40. *Cooperative Federalism and Hazardous Waste*, Quinn, Ward and Kershaw Environmental Symposium, University of Maryland School of Law, Baltimore, MD (4/95)

41. *Environmental Federalism*, Aspen Institute, The Environment in the 21st Century, Aspen, CO (3/95)

42. *Recent Developments in Hazardous Waste and Toxic Tort Law*, ALI-ABA Environmental Law Course, DC (2/95)

43. <u>Program co-chair</u>, 16th Annual Advanced American Law Institute-American Bar Association (ALI-ABA) Course on Hazardous Wastes, Superfund, and Toxic Substances, DC (10/94)

44. *Superfund and RCRA*, ALI-ABA Environmental Law Course, DC (2/94)

45. *Enforcement of the Clean Air Act Amendments*, Rubber Manufacturers Association Clean Air Workshop, Herndon, VA (11/93)

46. *RCRA Programs and Enforcement*, ALI-ABA Hazardous Wastes, Superfund, and Toxic Substances Course, DC (10/93)

47. *Private Cost Recovery and Contribution Actions Under the Superfund Act*, ALI-ABA Environmental Litigation Course, Boulder, CO (6/93)

48. *Corporate Environmental Management*, Rocky Mountain Mineral Law Foundation, Denver, CO (2/93)

49. *Citizen Suits at Federal Facilities*, Government Institutes, Inc. Federal Facility 1992 Environmental Update, Denver, CO (8/92)

50. *U.S. Department of Energy Implementation of RCRA and CERCLA*, National Research Council Workshop on Critical Issues in Environmental Remediation, Woods Hole, MA (7/92)

51. *Hazardous Waste In Colorado*, Nat. Business Institute, Denver, CO (9/91)

52. *Hazardous Materials on Construction Projects*, Associated General Contractors of Colorado, Denver, CO (6/91)

53. <u>Program chair</u>, W*hen Business Becomes A Crime: Anticipating & Managing the Complexities of Civil/Criminal Practice*, University of Denver College of Law Institute for Advanced Legal Studies, Denver, CO (5/91)

54. *Citizen Enforcement of the 1990 Clean Air Act Amendments*, University of Denver College of Law Institute for Advanced Legal Studies, Denver, CO (4/91)

55. *An Overview of Environmental Law/Toxic Tort Practice*, Colorado Trial Lawyers Association Environmental and Toxic Torts Seminar, Denver, CO (2/91)

56. *Enforcement at Federal Facilities*, Executive Enterprises, Inc. Environmental Compliance at Federal Facilities Conference, DC (6/90)

57. *Overview of Environmental Regulation and Impact of Environmental Liability on Real Estate Transactions and Sales of Businesses*, Prof. Ed. Systems, Inc. Envt'l Law for the General Practitioner in Colorado Seminar, Denver, CO (6/90)

58. *Citizen Enforcement at Rocky Flats: A Case Study*, University of Denver College of Law Institute for Advanced Legal Studies, Denver, CO (6/90)

59. *Hazardous Waste at Federal Facilities*, Oak Ridge National Laboratory Life Sciences Symposium, Gatlinburg, TN (5/90)

60. *Recycling, Sham Recycling, and the Definition of Waste under RCRA*, Western States Hazardous Waste Project, Keystone, CO (5/90)

61. *The Effect of Environmental Statutes on Real Estate Transactions*, POETS (an association of Denver real estate lawyers), Denver, CO (Dec. 1989)

62. *Parallel Civil/Criminal Proceedings: The Rocky Flats Experience*, Colo. Bar Ass'n, Denver, CO (10/89)

63. *State and Local Governments and Toxic Waste*, ALI-ABA Hazardous Wastes, Superfund, and Toxic Substances Course, DC (12/88)

64. *Local Governmental Enforcement and Cost-Recovery Actions*, Inside Superfund Conf., Arlington, VA (10/88)

65. *Municipal Rights and Liabilities Under Superfund*, Colo. Municipal League, Annual Seminar on Municipal Law, Keystone, CO (10/88)

66. *Superfund and Hazardous Waste*, Colorado County Attorneys Association Seminar, Crested Butte, CO (6/88)

67. *Environmental Litigation for Private Plaintiffs and Local Governments*, Colo. Hazardous Waste Management Soc., Denver, CO (June 1988)

68. *A State Perspective on RCRA and CERCLA Enforcement at Mining Sites*, U.S. EPA, Western Regional Mining and Smelting Enforcement Conference, Denver, CO (3/86)

## REPORTED CASES

O'Reilly v. U.S. Army Corps of Engineers, 477 F.3d 225 (5th Cir. 2007)

South Coast Air Quality Management Dist. v. EPA, 472 F.3d 882 (D.C. Cir. 2006)

Holy Cross Neighborhood Ass'n v. U.S. Army Corps of Engineers, 455 F. Supp. 2d 532 (E.D. La. 2006) (summary judgment).

Gulf Restoration Network v. U.S. Dept. of Transp., 452 F.3d 362 (5th Cir. 2006).

St. Bernard Citizens for Environmental Quality, Inc. v. Chalmette Refining, L.L.C., 399 F. Supp. 2d 726 (E.D. La. 2005) (second summary judgment ruling); 354 F. Supp. 2d 697 (E.D. La. 2005) (liability & standing); 348 F. Supp. 2d 765 (E.D. La. 2004) (motion to stay).

Louisiana Environmental Action Network v. EPA, 382 F.3d 575 (5th Cir. 2004).

Oakville Community Action Group v. Indus. Pipe, Inc., 55 ERC (BNA) 1519 (E.D. La. 2002).

Fireman's Fund Insurance Co. v. City of Lodi, 41 F. Supp.2d 1100 (E.D. Cal., 1999) (summary judgment), *aff'd in part & rev'd in part* 302 F.3d. 928 (2002).

<u>Connecticut Indemnity Co. v. Superior Court</u>, 73 Cal. App. 4th 540, 86 Cal. Rptr. 2d 515 (Cal. App. 3 Dist., 1999), *rev'd*, 3 P.3d 868, 98 Cal. Rptr. 2d 221 (July 24, 2000).

<u>Sierra Club v. Chemical Handling Corp.</u>, 24 Envtl. L. Rep. (Envtl. L. Inst.) 20180 (D. Colo. Nov. 16, 1993) (amended judgment); 824 F. Supp. 195 (D. Colo. 1993) (on reconsideration); 35 Env't Rep. Cas. (BNA) 1562 (D. Colo. 1992) (summary judgment); 778 F. Supp. 24 (D. Colo. 1991) (standing); 778 F. Supp. 25 (D. Colo. 1991) (jurisdiction).

<u>New Mexico v. Watkins</u>, 783 F. Supp. 633 (D.D.C. 1992) (summary judgment; injunction), *aff'd in part & rev'd in part* 969 F.2d 1122 (D.C. Cir. 1992).

<u>Orchard Lane Road Ass'n v. Pete Lien & Sons, Inc</u>., 34 Env't Rep. Cas. (BNA) 1749 (D. Colo. 1992) (summary judgment), *appeal denied as moot* 24 Envtl. L. Rep. (Envtl. L. Inst.) 20804 (10th Cir. Jan. 24, 1994).

<u>Sierra Club v. Dep't of Energy</u> (No. 89-B-181), 770 F. Supp. 578 (D. Colo. 1991) (injunction); 734 F. Supp. 946 (D. Colo. 1990) (summary judgment); 24 Envtl. L. Rep. (Envtl. L. Inst.) 20181 (D. Colo. Feb. 28, 1990) (contractor's motion to dismiss).

<u>Sierra Club v. Dep't of Energy</u> (No. 89-B-978), 33 Env't Rep. Cas. (BNA) 1720, 22 Envtl. L. Rep. (Envtl. L. Inst.) 20076 (D. Colo. 1991) (attorney fees).

<u>Sierra Club v. Lujan</u>, 728 F. Supp. 1513 (D. Colo. 1990), aff'd 931 F.2d 1421 (10th Cir. 1991), *vacated* 504 U.S. 902 (1992), *rev'd on remand* 972 F.2d 312, (10th Cir. 1992) (sovereign immunity); 21 Envtl. L. Rep. (Envtl. L. Inst.) 20,120 (D. Colo. May 24, 1990) (liability).

<u>Colo. v. Idarado Mining Co</u>., 707 F. Supp. 1227 (D. Colo. 1989) (injunction following trial), modified 735 F. Supp 368 (D. Colo. 1990), *rev'd in part* 916 F.2d 1486 (10th Cir. 1990), cert. denied 499 U.S. 960 (1991).

<u>Colo. v. Army</u>, 707 F. Supp. 1562 (D. Colo. 1989) (ruling on preliminary injunction motion).

<u>Colo. v. Asarco, Inc.</u>, 616 F. Supp. 822 (D. Colo. 1985) (motion to dismiss); 16 Envtl. L. Rep. (Envtl. L. Inst.) 20561 (D. Colo. 1985) (liability).

## TESTIMONY

*Statement on behalf of the Environmental Defense Fund* before the Colorado Board of Health on Proposed Regulations Governing Administrative Enforcement of the Colorado Hazardous Waste Management Act, Denver, CO (8/91).

*Statement on behalf of the Environmental Defense Fund* before the Nuclear Waste Technical Review Board Panel on Transportation and Systems, Denver, CO (8/91).

*Statement on behalf of Sierra Club* on H.R. 918 ("The Mineral Exploration and Development Act of 1991") before the U.S. House of Representatives Committee on Interior and Insular Affairs, Subcommittee on Mining and Natural Resources, Denver, CO (4/91).

## BAR ADMISSIONS

Admitted in: Louisiana (No. 27177), California (No. 190160), Colorado (No. 13990), Illinois (No. 6256921), and Washington, D.C. (No. 382747); and before the U.S. Supreme Court, the U.S. Courts of Appeals for the D.C., Ninth, Tenth, and Fifth Circuits, and the U.S. District Courts for the Districts of Columbia and Colorado, the Northern and Eastern Districts of California, the Northern District of Illinois (Trial Bar), and the Eastern, Western and Middle Districts of Louisiana.

## MISCELLANEOUS

Member, Board of Directors, Environmental Integrity Project, Washington D.C., 2005 to present.

Member, Independent Scientific Peer Review Teams for: (1) evaluation of the Savannah River Site's Management Action Plan (report issued 9/96); and (2) evaluation of a groundwater corrective action plan for facilities at DOE's Savannah River Site (report issued 10/95).

Member, EPA's National Advisory Council for Environmental Policy and Technology Subcommittee on Radiation Cleanup Regulations (appointed 10/1993).

Member, National Research Council Environmental Restoration Priority System Panel. (The National Research Council is the principal operating agency of the National Academy of Sciences) (Appointed 10/1992).

Named Professional Conservationist of the Year, 1991, by Sierra Club's Rocky Mountain Chapter.

2007 Pelican Award, Sierra Club Delta Chapter, "for outstanding achievement in legal services."

Publications have been cited in more than 230 articles and books, 4 judicial opinions, and one administrative decision.

## CORINNE VAN DALEN

*5348 Camp Street, New Orleans, Louisiana 70115*                                                    *504-723-7550*

**BAR ADMISSIONS**    Louisiana (1991), Florida (1992), District of Columbia (1998)

**EXPERIENCE**

**Contract Attorney**
November 2002 – May 2004
Worked with outside counsel (Allan Kanner & Assoc.) retained by New Jersey Attorney General to evaluate natural resource damage claims and prepare complaints seeking compensation from companies responsible for contaminating New Jersey's groundwater and other natural resources. Drafted pleadings, deposed witnesses, argued motions, and drafted appellate briefs for cases involving insurance coverage disputes and construction contract matters for various other firms.

**Phelps Dunbar, LLP**, New Orleans, Louisiana
Associate, May 2001 – October 2002
Represented insurers in environmental coverage disputes and in hazardous waste cases. Work included managing cases, developing defense strategies, drafting briefs and pleadings, and handling discovery.

**Arnold & Porter, LLP**, Washington, D.C.
Staff Attorney, May 1997 – April 2001
Supervised and trained attorneys responsible for handling discovery projects in complex products liability suits as national counsel for major corporation. Gained expertise in growing area of law involving the attorney-client privilege and work product doctrine by preparing appellate briefs, model trial arguments and other materials for litigation in numerous jurisdictions. Drafted and edited portions of chapter on the attorney-client privilege and work product doctrine published in Haig, R.H., *Successful Partnering Between Inside and Outside Counsel* (West 2000).

**Adams and Reese, LLP**, Washington, D.C.
Attorney and Legislative Specialist, June 1994 – May 1997
Provided environmental regulatory and legislative counseling to clients engaged in oil and gas activities, waste disposal, chemical manufacturing and paper production. Worked directly with engineer of international oil company to provide comments and recommendations on pending Superfund Reauthorization legislation. Participated in the Petroleum Sector of EPA's Common Sense Initiative on behalf of various firm clients.

**Coastal States Organization**, Washington, D.C.
Legislative Specialist, September 1992 – November 1993
Worked with state agencies to develop positions on pending federal legislation and regulations pertaining to the Clean Water Act and Coastal Zone Management Act.

**ACORN**, New Orleans, Louisiana
National Staff Attorney, November 1990 – January 1992
Handled litigation and corporate transactions as in-house counsel for national non-profit established to assist low-income people. Drafted portions of appellate brief that resulted in changes to FCC licencing criteria. Drafted pleadings for civil rights, fair housing and 1st Amendment cases. Recruited and supervised students from Tulane University School of Law who worked as summer law clerks.

**EDUCATION**

**University of Florida College of Law**, J.D. May 1990
Research Assistant - Center for Governmental Responsibility, Environmental Section
Environmental Law Society

**University of Florida College of Journalism**, B.S. Dec. 1986
Women's Sailing Team Captain

CHRISTOPHER RALPH BROWN, ATTORNEY AT LAW
12318 LIMERICK AVENUE
AUSTIN, TX 78758  512-339-6548

## EDUCATION

• **University of Texas School of Law and Lyndon B. Johnson School of Public Affairs,** Austin, Texas.  Awarded Combined Degrees in 1996: Juris Doctor (J.D.) and Master of Public Affairs (M.P.Aff.). Cumulative M.P. Aff. G.P.A. 3.60/4.00;   Cumulative Law G.P.A. 3.29/4.00.

*Honors Law Grades:* Constitutional Law I (A); Constitutional Law II (A-);Water Law (A); Environmental Law (A-); Professional Responsibility (A); The Endangered Species Act (A); Redistricting and Reapportionment Under the Voting Rights Act (A); Special Purpose Water District Exception to Voting Rights Act (A); The Texas Fellow Servant Rule and the Railroads (A-).

*Masters Thesis:* States of Exception: Endangered Species, Voting Rights, the Edwards Aquifer Authority, and the Uncertain Future of the Edwards Aquifer. 397 pages.  Analyzes federal, state, and local attempts to regulate the Edwards Aquifer of central and south Texas, and evaluates the Endangered Species Act as a catalyst for local regulation of aquifers like the Edwards, and for common pool resources in general. Received honors grade (A).

• **Northwestern University,** Evanston, Illinois.
Awarded Bachelor of Arts Degree in European and American History
Graduated with Highest Distinction (Summa Cum Laude), 1986
Cumulative G.P.A. 3.88/4.00; Phi Beta Kappa

## EXPERIENCE

*Employment since graduation:*
• **Texas Commission on Environmental Quality**
*Environmental Attorney III*: February 2002- present
Water and air quality specialist. Provide legal counsel and otherwise participate in all phases of the permitting and rulemaking processes. Conduct public meetings and contested case hearings; conduct legal research and briefing on issues under federal statutes including the Clean Water Act, Safe Drinking Water Act, and Clean Air Act, as well as federal and state administrative regulations arising under those statutes; provide assistance to the general public, public officials, agency staff, and other state agencies on legal issues.

• **Texas Attorney General's Office**
*Assistant Attorney General II*: February 2000 — February 2002
Practiced in state and federal courts at the trial and appellate levels: defended claims involving alleged violations of federal constitutional rights, employment discrimination, challenges to constitutionality of state statutes, challenges to decisions made by state officials. Also represented the Texas Department of Transportation at commissioners' hearings, in district court, and in state courts of appeals in eminent domain proceedings.

• **Texas Senate Research Center**
*Natural Resources Specialist*:  September 1998 — January 2000
Attended and reported on all natural resource and local government-related hearings; performed research for committees and individual senators' offices; authored publications on natural resource issues.

CHRISTOPHER RALPH BROWN
PAGE TWO

•**United States District Court for the Western District of Texas**
*Judicial Law Clerk to the Honorable Royal Furgeson, United States District Judge:* August 1997 — July 1998
Assisted in conducting civil and criminal trials.  Researched and drafted orders for Judge Furgeson under the time constraints of one of the busiest federal district court dockets in the nation.

•**Court of Appeals for the Eighth Judicial District of Texas**
*Judicial Law Clerk to the Honorable Ann C. McClure, Associate Justice:* September 1996 — August 1997
Researched, drafted, and finalized opinions under Justice McClure's direction, including approximately ten published decisions, none of which has been reversed. One of these decisions involved an issue of first impression in the fifty states: whether an Indian tribe had waived tribal immunity with respect to state dram shop laws. *See Holguin v. Ysleta del Sur Pueblo*, 954 S.W.2d 843  (Tex.App.--El Paso 1997, pet. denied).

*Law School clerkships*:
•**Whitehurst, Harkness, & Watson,  et al.,  P.C**.
*Law Clerk:*  July 1995 — July 1996
Researched and drafted memoranda and  motions pertaining to medical malpractice, commercial litigation, and Federal Tort Claims Act.  Prepared for and attended hearings.

•**Tort Litigation Division, Texas Attorney General's Office**
*Law Clerk:*  December 1993 — July 1995
Researched, drafted appellate briefs and trial motions on issues under the Texas Tort Claims Act.

•**Bickerstaff, Heath & Smiley, et al., L.L.P.**
*Law Clerk:*  Summer 1993
Researched and drafted memoranda on Texas administrative and municipal law issues.

•**Texas Court of Criminal Appeals**
*Law Intern to the Honorable Charles Campbell, Associate Justice*:  Summer 1992

## PUBLICATIONS

•Justice Ann Crawford McClure and Christopher R. Brown, *Evidence Can Be Appealing: Preservation of Error in Evidentiary Appeals.* 1  KAZEN'S MONTHLY NEWSLETTER 157 (1997).

•Christopher Brown, *A New Chapter for Texas Groundwater? The Rule of Capture, Groundwater Conservation Districts, and Sipriano v. Great Spring Waters of America,* IN BRIEF, Texas Senate Research Center, March 1999.

CHRISTOPHER RALPH BROWN
PAGE THREE

## LANGUAGES

• **German:**  Studied German Constitutional History and developed fluency in written and spoken German as a Rotary Foundation Scholar at the Freie Universität in Berlin, Germany in 1988-89.
• **Spanish:**  Developed proficiency through course work in the United States and three months at the Universidád Iberoamericana in Mexico City, Mexico in summer 1985, studying Latin American history and literature.

## ACTIVITIES

• *Pro Bono Attorney*: Political Asylum Project of Austin. March 2001-present. Represent applicants for political asylum before immigration courts and the Board of Immigration Appeals.
• *Volunteer:* Buen Samaritano, an Episcopal mission in Austin, Texas. Citizenship classes and other volunteer activities.
• *Church:* St. James' Episcopal Church of Austin, Texas.
• *Outdoor Activities*: Fishing, hunting, camping, hiking with three dogs.

## HONORS

•First Place Winner, national Cormac McCarthy parody writing contest: *Not Cormac,* 1999
•First Place Overall, Second Place Brief: Gibbs & Ratliff Moot Court Competition. Fall 1992 (100 teams)
•Quarter Finalist: Gibbs & Ratliff Moot Court Competition. Fall 1991 (over 80 teams)
•Champion: L.B.J. School Parliamentary Debate Competition. 1992
•Participant: International Parliamentary Debate Championship, Dublin, Ireland. January 1992
•National Quarter Finalist: Judge John R. Brown Admiralty Moot Court Competition. Spring 1994
•Alternate member: State Bar Moot Court Team. Summer 1993
•Finalist: Presidential Management Internship Program (P.M.I.). Spring 1995
•Wray Environmental Trust Fellow: original research on property rights legislation. Fall 1995
•Dean's List all quarters at Northwestern; Phi Beta Kappa. 1986
•Beta Beta Beta: National Biological Honor Society. 1984
•President, Residential College of Science and Human Culture. 1985-1986